■ (A) THE PEOPLE OF THE STATE OF NEW YORK V. RICHARD BUTTS. (B) MERLE LEFKOWITZ V. SHEILA GROSSWALD.— [In each action] Motion to dismiss appeal granted. Concur — Botein, P. J., Rabin, McNally, Steuer and Stevens, JJ.

■ CLEMENCE KAHN V. M. J. P. ENTERPRISES et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ (A) NEW YORK FACTORS, INC., V. YAM K. SEID et al. (B) VIOLETTA M. VERDES V. KLAR ZOLTAN.— [In each action] Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before September 11, 1962, with notice of argument for the October 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK V. ROOSEVELT WILLETTE.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ ARTHUR SCHOEN V. LOOMIS J. GROSSMAN.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ JOHN J. MURRAY V. FRED W. CASSIRER.— Motion for an extension of time granted insofar as to extend the time for defendant-appellant to serve its answer to 10 days after service upon its attorney of a copy of the order of this court determining said appeal, with notice of entry thereof, on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ (A) ANDREW B. CHURA V. NEW YORK CITY HOUSING AUTHORITY. Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ. (B) LASZLO PALFFY V. LORRAINE DE JONG.— [In each action] Motion for leave to reargue denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Eager and Steuer, JJ.

■ (A) PAUL J. DONOVAN V. JOHN M. SHAHEEN et al. (B) In the Matter of MANHATTAN HOUSING CORPORATION V. SYLVIA KLEIN. (C) In the Matter of STANTON HOMES CORPORATION V. HELEN LICHTBRAUN.— [In each action] Motion for a stay denied. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

## SECOND DEPARTMENT, FEBRUARY, 1962*

## (February 28, 1962)

■ ANTHONY CHUPKA et al., Appellants, v. LORENZ-SCHNEIDER CO., INC., et al., Respondents.— Motion by appellants for a stay, pending appeal, denied. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

* Not published with other decision of February 28, 1962, 16 A D 2d 829.— [Rep.